79 P.3d 680

# SUPREME COURT OF HAWAI'I

## November 20, 2003

| | | |
|---|---|---|
| 23085 | Gold Coast Inv. Co. v. Strive Island Investments, Inc. | Vacated and Remanded |
| 24794 | Quiocho v. Allied Maintenance Services, Inc. | Affirmed |

## November 25, 2003

| | | |
|---|---|---|
| 22560 | Yamane v. State Dept. of Commerce and Consumer Affairs | Affirmed |

## November 26, 2003

| | | |
|---|---|---|
| 24250 | State v. Costa | Affirmed |

## November 28, 2003

| | | |
|---|---|---|
| 23565 | Barnett v. Hawaii Paroling Authority | Affirmed |

## December 1, 2003

| | | |
|---|---|---|
| 24966 | Hutch v. State | Affirmed |

## December 3, 2003

| | | |
|---|---|---|
| 21674 | Barnett v. State | Affirmed |
| 23693 | Life of the Land v. Zoning Bd. of Appeals of City and County of Honolulu | Reversed and Remanded |